Charles W. Bennion (Nevada Bar No. 5582)
ELLSWORTH & BENNION, CHTD.
777 N. Rainbow Blvd., Suite 270
Las Vegas, Nevada 89107
Telephone: (702) 658-6100
Facsimile: (702) 658-2502
Email: charles@silverstatelaw.com

Patrick F. Welch (Nevada Bar No. 13278)
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
Facsimile: (602) 495-2784
Email: pwelch@jsslaw.com
*Attorneys for Plaintiff Hanover Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Hanover Insurance Company, a New Hampshire corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Terra South Corporation dba Mad Dog Heavy Equipment, a Nevada corporation; The Firmani Corporation, a Nevada corporation; Rock Hard Contracting, Inc., a Nevada corporation; Amy T. Firmani and; John Firmani, Nevada residents both individually and as husband and wife; Does 1 through 100; and Roe Corporations 1 through 100, inclusive,<br><br>Defendants | No. 2:18-cv-675<br><br>**ORDER**<br><br>Re: Motion to Extend The Time For Service Of Process (ECF No. 17) |

6207738v1(63068.6)

| | |
|---|---|
| Terra South Corporation dba Mad Dog Heavy Equipment, a Nevada corporation; The Firmani Corporation, a Nevada corporation; Rock Hard Contracting, Inc., a Nevada corporation; Amy T. Firmani and; John Firmani, Nevada residents both individually and as husband and wife; Does 1 through 100; and Roe Corporations 1 through 100, inclusive, | |
| Counterclaimants, | |
| vs. | |
| Hanover Insurance Company, a New Hampshire corporation, | |
| Counterdefendant. | |

Pursuant to Plaintiff Hanover Insurance Company's Motion to Extend the Time for Service of Process, Fed.R.Civ.P. Rule 4(m), and good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is granted and the deadline to complete service of process on The Firmani Corporation, and Rock Hard Contracting, Inc., is extended to September 24, 2018.

Dated this 25th day of July, 2018.

IT IS SO ORDERED:

_George Foley Jr._

_____
UNITED STATES MAGISTRATE JUDGE

2