UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>TERRA SOUTH CORPORATION dba MAD DOG HEAVY EQUIPMENT, a Nevada corporation; THE FIRMANI CORPORATION, a Nevada corporation; ROCK HARD CONTRACTING, INC., a Nevada corporation; AMY T. FIRMANI and; JOHN FIRMANI, Nevada residents both individually and as husband and wife; Does 1 through 100; and Roe Corporations 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00675-KJD-EJY<br><br><br>**ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF HANOVER'S MOTION FOR PROTECTIVE ORDER** |

The Court has considered Plaintiff Hanover Insurance Company's ("Hanover") Motion to Extend Time to File a Reply In Support of Hanover's Motion for Protective Order (the "Motion"), the history of the conversations between the parties attached to the Motion, and the basis for Hanover's request for extension from August 14, 2019 to August 30, 2019. Included in the Court's review was Defendants Terra South Corporation, Amy T. Firmani and John Firmani ("Defendants") response offering Plaintiff to August 23, 2019 to file the reply. The Court advises the parties that Plaintiff's calendar appears busy, as is often the circumstance for private practice counsel, and that an extension, to which Defendants agreed, in part, should be granted.

IT IS HEREBY ORDERED that Hanover shall have through and including August 28, 2019 (a two week extension) within which to file its Reply.

DATED this 15th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

1