UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>TERRA SOUTH CORPORATION dba MAD DOG HEAVY EQUIPMENT, a Nevada corporation; THE FIRMANI CORPORATION, a Nevada corporation; ROCK HARD CONTRACTING, INC., a Nevada corporation; AMY T. FIRMANI and; JOHN FIRMANI, Nevada residents both individually and as husband and wife; Does 1 through 100; and Roe Corporations 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00675-KJD-EJY<br><br><br>**ORDER** |

Before the Court is Counsel for Defendants Terra South Corporation, Amy Firmani, and John Firmani's Motion to Withdraw as Counsel of Record, Adjudicate Attorney Lien, Extend Discovery Deadlines, and Request for Expedited Ruling (EFC No. 69). The Court has considered the Motions, Hanover's Responses (ECF Nos. 75 and 76 stating no opposition to the Motion), and finds as follows.

**I.  The Motion to Withdraw**

Defense Counsel cites United States District Court for the District of Nevada Local Rule IA 11-6 and Nevada Rule of Professional Conduct 1.16(b) in support of the Motion to Withdraw as Counsel of Record. Defense Counsel, through declaration, establishes good cause for withdrawal as Defendants have accumulated a substantial outstanding balance for services rendered that is unpaid and has remained unpaid for some time. ECF No. 69 at 13 ¶¶ 10 and 12. However, the parties recognize that Plaintiff's first set of document requests and first set of interrogatories are pending, with responses due on or about April 9, 2020. The discovery deadline is May 29, 2020. The parties therefore agree that an extension of discovery deadlines is appropriate.

The Court finds Defense Counsel establishes good cause for the Motion to Withdraw, which is granted. As suggested by the parties, and, specifically, by Plaintiff, the Court will order a stay of all discovery for sixty (60) days to allow Defendants, if they choose to do so, to retain new counsel who can then assist with the preparation of discovery responses. This stay will also assist by moving the dispositive motion deadline and pretrial order deadline out 60 days.

**II.   The Motion for Attorneys Lien**

Defense Counsel seeks an attorney lien for unpaid reasonable attorneys' fees incurred in the representation of a client, *citing* NRS 18.015 in support of the request. In accordance with NRS 18.015.3 Defense Counsel sent a notice, in writing, by certified mail, to Defendants notifying them of the attorney lien. EFC No. 69, Ex. 2.

**III.  Discovery Deadlines**

The Court finds that together with Defense Counsel's withdrawal, which is granted, the current environment caused by COVID-19 will impact the ability of even the most diligent counsel to timely conduct and complete discovery over the next thirty (30) days. Therefore, the Court orders a stay of discovery in this matter for sixty (60) days as stated in the Order below.

**IV.   Order**

For good cause appearing, and in accordance with the foregoing,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record for Defendants Terra South Corporation dba Mad Dog Heavy Equipment, Amy Firmani, and John Firmani (ECF No. 69) is GRANTED.

IT IS FURTHER ORDERED that Brownstein Hyatt Farber Schreck's request to adjudicate its attorneys' lien is GRANTED.

IT IS FURTHER ORDERED that discovery in this matter is stayed for sixty (60) calendar days as follows:

- The discovery deadline is extended to July 29, 2020.
- The dispositive motion deadline is extended to August 31, 2020.

- The joint pretrial order shall be due on October 1, 2020 unless dispositive motions are filed, in which case the due date for the joint pretrial order shall be due thirty (30) days after the Court issues its decision on such motions.
- All deadlines that expired prior to his Order remain expired.
- Discovery shall be stayed through the end of day on May 25, 2020. During this stay period, no discovery shall be conducted by either party.
- Discovery may be propounded, including, but not limited to written discovery between the parties, third party discovery, and depositions, on May 26, 2020.

IT IS FURTHER ORDERED that responses to Plaintiff's First Set of Document Requests and First Set of Interrogatories propounded on Defendants Terra South Corporation dba Mad Dog Heavy Equipment, Amy Firmani, and John Firmani shall be due on June 12, 2020.

IT IS FURTHER ORDERED that if Defendants Terra South Corporation dba Mad Dog Heavy Equipment, Amy Firmani, and John Firmani retain new counsel, such counsel shall promptly file a notice of appearance.

DATED: March 25, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE